170 A.3d 324

BAC HOME LOANS SERVICING LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP, PLAINTIFF–RESPONDENT, v. SELINA A. ROTHWEILER, DEFENDANT–PETITIONER.

July 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000180–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

170 A.3d 324

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. THOMAS BURNS, A/K/A THOMAS M. BURNS, AND TOM BURNS, DEFENDANT–MOVANT.

July 10, 2017

ORDER

It is ORDERED that the motion for a stay of incarceration pending disposition of the petition for certification is granted.